U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

FEB 20 2020

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | 18 U.S.C. § 911 |
| | * | 42 U.S.C. § 408(a)(7)(B) |
| VERSUS | * | |
| | * | |
| | * | 2:20-cr-00053-01 |
| CHRISTIAN BARAJAS-SOTELO | * | Judge Cain |
| | | Magistrate Judge Kay |

<u>INDICTMENT</u>

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
<u>FALSE CLAIM OF UNITED STATES CITIZENSHIP</u>
[18 U.S.C. § 911]

On or about the 5th day of February, 2020, in the Western District of Louisiana, the defendant, CHRISTIAN BARAJAS-SOTELO, a citizen of Mexico, and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States, that is, the defendant represented to have been born in the Commonwealth of Puerto Rico by presenting documents reflective of citizenship in an effort to obtain a State of Louisiana Driver's License, to wit: a Commonwealth of Puerto Rico Certificate of Birth bearing the name "Jovanny Cosme Morales" and showing a place of birth of San Juan, Puerto Rico, and stating that he was a citizen of Puerto Rico, all in violation of Title 18, United States Code, Section 911. [18 U.S.C. § 911].

## COUNT 2
## FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER
## [42 U.S.C. § 408(a)(7)(B)]

On or about the 5th[th] day of February, 2020, in the Western District of Louisiana, the defendant, CHRISTIAN BARAJAS-SOTELO, did, in a matter within the jurisdiction of the United States Social Security Administration, knowingly, and with the intent to deceive, falsely represented Social Security account number XXX-XX-2311, to be the Social Security account number assigned to him by the Commissioner of Social Security, when in fact, as the defendant well knew, Social Security account number XXX-XX-2311 was not assigned to him by said Commissioner of Social Security, all in violation of Title 42, United States Code, Section 408(a)(7)(B).   [42 U.S.C. § 408(a)(7)(B)].

A TRUE BILL:

**REDACTED**
FOREPERSON: GRAND JURY

DAVID C. JOSEPH
United States Attorney

By: _____
JOHN W. NICKEL, La. Bar No. 37819
Assistant United States Attorney